RECEIVED
MAY 1 3 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHAHEED EL-ALIM SHABAZZ** | : | **DOCKET NO. 6:13-3302** |
| A035-266-839 | | Section P |
| VS. | : | **JUDGE DOHERTY** |
| **WARDEN DAVID VIATOR, ET AL.** | : | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that the respondent's Motion to Dismiss [doc. 15] is GRANTED and that this petition is DENIED AND DISMISSED WITH PREJUDICE as moot.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 13 day of May, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE